In the Matter of the Claim of KATHLEEN M. CARROLL, Respondent, against VERWAY PRINTING COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1930; decided October 14, 1930.)

*Frank L. Ward* for appellants.

*Hamilton Ward, Attorney-General (George S. Kelly* and *E. C. Aiken* of counsel), for respondent.

Order reversed and claim dismissed, with costs against the State Industrial Board in this court and the Appellate Division on the authority of *Matter of Marks* v. *Gray* (251 N. Y. 90); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.